AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Nelson, Susan R. | 2. Court or Organization United States District Court for the District of Minnesota | 3. Date of Report 04/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge - Nominee | 5a. Report Type (check appropriate type) [✓] Nomination, Date 04/21/2010 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2009 to 03/31/2010 |
| 7. Chambers or Office Address 300 South 4th Street Chambers 9E Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director (Advisory Board) | Minnesota Women Lawyers |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/01/00 | Retirement plan with Robins, Kaplan, Miller & Ciresi, no control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Susan R. | 04/21/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Leonard Street and Deinard, attorney/shareholder |
| 2. | 2010 | Leonard Street and Deinard, attorney/shareholder |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Credit Card | K |
| 2. American Express | Credit Card | K |
| 3. US Bank | Credit Card | J |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. USB Piper Jaffray IRA #1 | C | Interest | K | T | Exempt | | | | |
| 2. EVERGREEN BALANCED CL B | | | | | | | | | |
| 3. EVERGREEN BALANCED CL A | | | | | | | | | |
| 4. FIRST AMERICAN PRIME OBLIGS FD A | | | | | | | | | |
| 5. USB Piper Jaffray IRA #2 | C | Interest | K | T | | | | | |
| 6. EVERGREEN BALANCED CL B | | | | | | | | | |
| 7. EVERGREEN BALANCED CL A | | | | | | | | | |
| 8. FIRST AMERICAN PRIME OBLIGS FD A | | | | | | | | | |
| 9. USB Piper Jaffray Money Market | A | Interest | J | T | | | | | |
| 10. El Paso Energy Corp Stock - Common | A | Dividend | J | T | | | | | |
| 11. Northern States Power Stock XCEL Energy Inc. - Common | A | Dividend | J | T | | | | | |
| 12. Thor Industries Stock - Common | A | Dividend | J | T | | | | | |
| 13. Evergreen Equity Tr Balanced FD CL A - Mutual Fund | E | Dividend | M | T | | | | | |
| 14. Evergreen Balanced Mutual Fund | E | Dividend | M | T | | | | | |
| 15. First American Technology Fund | A | Dividend | J | T | | | | | |
| 16. UGTMA Acct. #1 (Cash) | A | Interest | J | T | | | | | |
| 17. UGTMA Acct. #2 GREENWOOD TR CD SEMI FEDINS; | B | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) — J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2) — Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, Susan R. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | UGTMA Acct. #2 HOUSEHOLD BK FSB CD SEMI FEDIN | B | Interest | K | T | | | | | |
| 19. | UGTMA Acct. #2 U.S. COUPON TREASURY STRIPS (A) | B | Interest | K | T | | | | | |
| 20. | UGTMA Acct. #2 U.S. STRIPS (B) | B | Interest | K | T | | | | | |
| 21. | UGTMA Acct. #2 U.S COUPON TREASURY STRIPS (C) | B | Interest | K | T | | | | | |
| 22. | UGTMA Acct. #2 ORCHARD FSB CD QUAR FEDINS | B | Interest | K | T | | | | | |
| 23. | UGTMA Acct. #2 FIRST AMERICAN PRIME OBLIGS FD A | B | Interest | K | T | | | | | |
| 24. | Leonard Street and Deinard 401K | G | Interest | P1 | T | | | | | |
| 25. | Robins, Kaplan, Miller & Ciresi 401K | F | Interest | N | T | | | | | |
| 26. | Private Bank Minnesota Checking Account | A | Interest | J | T | | | | | |
| 27. | Private Bank Minnesota Checking Account | A | Interest | J | T | | | | | |
| 28. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III. A. Non-reportable, non-investment income earned for service as a United States Magistrate Judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

```
FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
```

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 30 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | 64 | 987 |
| Listed securities-add schedule | | | 762 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 380 | 340 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 40 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 400 | 000 |
| Real estate owned-add schedule | 2 | 380 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property – add schedule | | 195 | 665 | | | | |
| Cash value-life insurance | | 243 | 863 | | | | |
| Other assets itemize: | | | | | | | |
| Combined 401(k) plans | 1 | 449 | 740 | | | | |
| SRN-IRA | | 23 | 000 | | | | |
| Michael-UGMA | | 35 | 000 | Total liabilities | | 504 | 987 |
| Deferred benefit plan | | 64 | 000 | Net Worth | 4 | 297 | 383 |
| Total Assets | 4 | 802 | 370 | Total liabilities and net worth | 4 | 802 | 370 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | | no | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | no | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | no | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |